# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID GORDON MOUNTFORD,
               Appellant,

vs.

THE STATE OF NEVADA,
               Respondent.

No. 74259

**FILED**

NOV 29 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on October 12, 2017. Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Stefany Miley, District Judge
       David Gordon Mountford
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-41089